**Order entered April 15, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01500-CR

**LATORIA MATTOX, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-00710-U**

## ORDER

Before the Court is court reporter Sasha S. Brooks's April 11, 2019 second request for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to file the reporter's record until **May 15, 2019**.

If Ms. Brooks fails to file the record by May 15, 2019, the Court may utilize its available remedies, including ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; to Sasha Brooks, official court reporter, 291st Judicial District Court; and to counsel for the parties.

/s/     LANA MYERS
JUSTICE